**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-CV-20140-RKA**

ANTONIO AGUILA,

       Plaintiff,

   v.

VERITIV OPERATING COMPANY,

       Defendant.

**JOINT STIPULATION OF DISMISSAL OF**
**PLAINTIFF'S CLAIMS WITH PREJUDICE**

Plaintiff Antonio Aguila and Defendant Veritiv Operating Company, by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree to the dismissal of Plaintiff's claims in this action pursuant to the Florida Civil Rights Act of 1992, Florida Statute Section 760 *et seq*., Title VII of the Civil Rights Act of 1964, § 2000(e) *et seq.*, and the Civil Rights Act of 1886, 42 U.S.C. § 1981 with prejudice.[1] Each party shall bear its own attorneys' fees and costs.

---

[1] This Stipulation is intended to cover the dismissal of all claims in this action other than Plaintiff's claims brought pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201-219 ("FLSA"), which will be addressed by separate motion.

Dated:  May 22, 2026

Respectfully submitted,

REMER & GEORGES-PIERRE &
HOOGERWOERD, PLLC

/s/ Jason S. Remer_____
Jason S. Remer
Florida Bar No. 165580
REMER & GEORGES-PIERRE &
HOOGERWOERD, PLLC
2745 Ponce de Leon Blvd.
Coral Gables, FL 33134
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
E-mail: jremer@rgph.law

*Attorney for Plaintiff*

SEYFARTH SHAW LLP

/s/ Christina F. Meddin_____
Christina F. Meddin
Florida Bar No. 120489
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
E-mail: cmeddin@seyfarth.com

*Attorney for Defendant*
*Veritiv Operating Company*

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:26-CV-20140-RKA**

ANTONIO AGUILA,

      Plaintiff,

   v.

VERITIV OPERATING COMPANY,

      Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I presented the foregoing **JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE** to the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Christina F. Meddin*

Christina F. Meddin
*Attorney for Defendant*