UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-20140-ALTMAN

ANTONIO AGUILA,

    *Plaintiff*,

v.

VERITIV OPERATING CO.,

    *Defendant.*

_____/

## ORDER

The parties have filed a Joint Motion to Approve Settlement Agreement [ECF No. 14] and a Joint Stipulation of Dismissal [ECF No. 15]. Being fully advised, we hereby **ORDER and ADJUDGE** that:

1. The parties' Joint Motion to Approve Settlement Agreement [ECF No. 14] is **GRANTED**. The parties' Settlement Agreement [ECF No. 14-1] is **APPROVED**.

2. This action is **DISMISSED** *with prejudice* with the Court to retain jurisdiction for sixty days to enforce the terms of the parties' Settlement Agreement.

3. Each party shall bear its own attorneys' fees and costs. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**. The case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on May 22, 2025.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record